**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Tanya M. E.,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 2:23-cv-1587** |
| **v.** | ) | |
| | ) | |
| **Kilolo Kijakazi,** | ) | **Judge Morrison** |
| **Acting Commissioner of Social Security,** | ) | **Magistrate Judge Bowman** |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be **REMANDED** back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). On remand, the claim will be completely reevaluated starting at the beginning of the sequential evaluation.

**IT IS SO ORDERED.**

 /s/ Sarah D. Morrison
SARAH D. MORRISON
UNITED STATES DISTRICT JUDGE